## (January 23, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARRY PIERCE, Petitioner, v E. L. MILONAS, Respondent.—Application in the nature of a writ of prohibition pursuant to CPLR article 78 dismissed as moot, without

costs and without disbursements. No opinion. Concur—Birns, J. P., Silverman, Evans, Fein and Markewich, JJ.